UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MUSUR MONIQUE WALLACE,

    Plaintiff,

v.                                    CASE NO. 3:16cv127-MCR/GRJ

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2016. ECF No. 11. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

*Page 2 of 2*

2. Plaintiff's motion to reinstate this case as a civil case, ECF No. 8, is **DENIED** and this case is **DISMISSED** without prejudice as duplicative and as barred by *Heck v. Humphrey*.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of May, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**